MICHAEL SPECTOR, Respondent, *v.* WILLIAM BRANDEISS, Appellant.*

Supreme Court, Appellate Term, First Department, January 11, 1933.

* See, also, *Armstrong* v. *Dyer,* 268 N. Y. 671, and *Arenwald* v. *Douglas Machinery Co.,* 183 Misc. 627.— [REP.

*David F. Cohen* for appellant.

*Morris J. Mayer* for respondent.

MEMORANDUM *Per Curiam.* We agree with the decision in *Bogardus* v. *Fitzpatrick* (139 Misc. 533).

The order should be reversed, with $10 costs, and the motion granted, with $10 costs.

LYDON, FRANKENTHALER and UNTERMYER, JJ., concur.

Order reversed, etc.